

# THE THIRTEENTH COURT OF APPEALS

### 13-18-00064-CV

Claudia Rosenda De La Garza
v.
Cesar Praxedis De La Garza

On appeal from the
197th District Court of Cameron County, Texas
Trial Cause No. 2008-03-1460-c

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for want of jurisdiction. The Court orders the appeal DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

June 7, 2018